**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Wesley J. Crawford,

             Plaintiff,

v.

Scott P. Fischer, L. Ritter, Mrs. Villarreal,
Mr. Eiffler, et al,

             Defendants.

Civil No. 11-0514 (MJD/JJG)

**ORDER ON REPORT AND**
**RECOMMENDATION**

The above-entitled matter came before the Court upon the Report and

Recommendation of the United States Magistrate Judge.  Plaintiff filed an

objection to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and

all the files, records and proceedings herein,

      **IT IS HEREBY ORDERED** that:

1.      Plaintiff's applications to proceed <u>in forma pauperis</u>, (Docket Nos. 2
      and 5), is **DENIED**; and

2.      This action is **DISMISSED WITHOUT PREJUDICE**.

      **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  August 15, 2011        s/ Michael J. Davis
                              MICHAEL J. DAVIS
                              Chief United States District Judge